

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2022

No. 04-22-00236-CV

**IN THE INTEREST OF C.R.G.P..** a Minor Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-12544
Honorable Laura Salinas, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is unable to afford to pay court costs; no costs of court are taxed for this appeal.

It is so **ORDERED** on June 29, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2022.

_____
Michael A. Cruz, Clerk of Court